JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE DWAIN COPELAND, | Case No. 2:23-cv-10299-GW-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LOS ANGELES SUPERIOR | |
| COURT, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the entire action is summarily dismissed without prejudice for lack of jurisdiction.

DATED: January 11, 2024

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE